# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Pym, Sheri | 2. Court or Organization<br><br>U.S. District Court for the Central District of California | 3. Date of Report<br><br>10/09/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge, Full-Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

3470 12th Street
Riverside, CA 92501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Federal Bar Association, Inland Empire Chapter |
| 2. | Personal Representative | Estate ▨ #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 10/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Pomona College -- salary |
| 2. | 2012 | Claremont Graduate University -- committee work |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association and FBA Inland Empire Chapter | March 30 - April 1, 2012 | Arlington, VA | FBA Mid-Year Meeting | Airfare and lodging |
| 2. | Federal Bar Association | September 22, 2012 | San Diego, CA | FBA Annual Meeting | Mileage and parking |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 10/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Vanguard Prime Money Market Fund | A | Int./Div. | J | T | | | | | |
| 2. | Vanguard Rollover IRA | D | Dividend | M | T | | | | | |
| 3. | -- Vanguard Capital Opportunity Fund Adm | | | | | | | | | |
| 4. | -- Vanguard Growth Index Fund Adm | | | | | | | | | |
| 5. | --Vanguard STAR Fund | | | | | | | | | |
| 6. | -- Vanguard U.S. Value Fund | | | | | | | | | |
| 7. | Vanguard Roth IRA #1 | A | Dividend | K | T | | | | | |
| 8. | -- Vanguard Explorer Fund Inv | | | | | | | | | |
| 9. | -- Vanguard Small-Cap Index Fund Inv | | | | | | | | | |
| 10. | Vanguard Roth IRA #2 | A | Dividend | J | T | | | | | |
| 11. | -- Vanguard Total Stock Market Index Fund Inv | | | | | | | | | |
| 12. | -- Vanguard Windsor II Fund Inv | | | | | | | | | |
| 13. | Claremont University Consortium 403(B)(7) Plan | C | Dividend | M | T | | | | | |
| 14. | -- Vanguard International Growth Fund Inv | | | | | | | | | |
| 15. | -- Vanguard LifeStrategy Growth Fund | | | | | | | | | |
| 16. | -- Vanguard STAR Fund | | | | | | | | | |
| 17. | -- Vanguard Windsor II Fund Inv | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Vanguard 500 Index Fund Inv | | | | | | | | | |
| 19. Pomona College Academic Retirement Plan | A | Dividend | L | T | | | | | |
| 20. -- CREF Growth Fund | | | | | | | | | |
| 21. -- CREF Equity Index Fund | | | | | | | | | |
| 22. -- CREF Global Equities Fund | | | | | | | | | |
| 23. -- TIAA-CREF Lifecycle 2030-Inst Fund | | | | | Sold | 10/04/12 | K | | |
| 24. -- Vanguard Target Retirement 2030 Fund | | | | | Buy | 10/04/12 | K | | |
| 25. -- Vanguard Total Stock Market Index Signal Fund | | | | | Buy | 10/26/12 | J | | |
| 26. Northwestern Mutual Variable Life Insurance #1 | A | Dividend | K | T | | | | | |
| 27. -- Northwestern Mutual Index 500 Stock Fund (MSA) | | | | | | | | | |
| 28. -- Northwestern Mutual Mid Cap Growth Stock Fund (MSA) | | | | | | | | | |
| 29. Northwestern Mutual Variable Life Insurance #2 | A | Dividend | K | T | | | | | |
| 30. -- Northwestern Mutual Growth Stock Fund (MSA) | | | | | | | | | |
| 31. -- Northwestern Mutual Index 400 stock Fund (MSA) | | | | | | | | | |
| 32. Vanguard UGTMA Account #1 | A | Dividend | J | T | | | | | |
| 33. -- Vanguard Lifestrategy Moderate Growth Fund | | | | | | | | | |
| 34. Vanguard UGTMA Account #2 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -- Vanguard Lifestrategy Moderate Growth Fund | | | | | | | | | |
| 36.  Vanguard Education Savings Account #1 | A | Dividend | J | T | | | | | |
| 37.  -- Vanguard Explorer Fund Inv | | | | | | | | | |
| 38.  -- Vanguard STAR Fund | | | | | | | | | |
| 39.  Vanguard Education Savings Account #2 | A | Dividend | J | T | | | | | |
| 40.  -- Vanguard Small-Cap Growth Index Fund | | | | | | | | | |
| 41.  College Savings Iowa 529 Plan #1 | | None | L | T | | | | | |
| 42.  -- Vanguard Growth Age-Based Track: Growth Portfolio | | | | | | | | | |
| 43.  College Savings Iowa 529 Plan #2 | | None | K | T | | | | | |
| 44.  -- Vanguard Growth Age-Based Track: Aggress Growth Portfolio | | | | | Sold | 03/05/12 | K | | |
| 45.  -- Vanguard Growth Age-Based Track: Growth Portfolio | | | | | Buy | 03/05/12 | K | | |
| 46.  University of California Retirement Savings Program | A | Dividend | J | T | | | | | |
| 47.  -- UC Savings Fund | | | | | | | | | |
| 48.  Putnam UGTMA Account #1 (X) | A | Dividend | J | T | | | | | |
| 49.  -- Putnam Dynamic Asset Allocation Balanced Fund | | | | | | | | | |
| 50.  -- Putnam Dynamic Asset Allocation Growth Fund | | | | | | | | | |
| 51.  Putnam UGTMA Account #2 (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Putnam Dynamic Asset Allocation Balanced Fund | | | | | | | | | |
| 53. -- Putnam Dynamic Asset Allocation Growth Fund | | | | | | | | | |
| 54. Virginia 529 College Savings Plan #1 (X) | A | Dividend | K | T | | | | | |
| 55. -- American Funds Bond Fund of America | | | | | | | | | |
| 56. -- American Funds Capital World Growth and Income Fund | | | | | | | | | |
| 57. -- American Funds Growth Fund of America | | | | | | | | | |
| 58. -- American Funds New Perspective Fund | | | | | | | | | |
| 59. -- American Funds Washington Mutual Investors Fund | | | | | | | | | |
| 60. Virginia 529 College Savings Plan #2 (X) | A | Dividend | J | T | | | | | |
| 61. -- American Funds Bond Fund of America | | | | | | | | | |
| 62. -- American Funds Capital World Growth and Income Fund | | | | | | | | | |
| 63. -- American Funds Growth Fund of America | | | | | | | | | |
| 64. -- American Funds New Perspective Fund | | | | | | | | | |
| 65. -- American Funds Washington Mutual Investors Fund | | | | | | | | | |
| 66. Franklin Templeton 529 College Savings Plan #1 (X) | | None | K | T | | | | | |
| 67. --Templeton Growth 529 Portfolio | | | | | | | | | |
| 68. -- Franklin Growth 529 Portfolio | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Franklin Small Mid Cap Growth 529 Portfolio | | | | | | | | | |
| 70. -- Mutual Shares 529 Portfolio | | | | | | | | | |
| 71. -- S&P 500 Index 529 Portfolio | | | | | | | | | |
| 72. Franklin Templeton 529 College Savings Plan #2 (X) | | None | K | T | | | | | |
| 73. -- Founding Funds 529 Portfolio | | | | | | | | | |
| 74. Chase bank account | A | Interest | J | T | Open | 06/18/12 | J | | |
| 75. Real property in San Juan County, WA (X) | | None | L | Q | | | | | |
| 76. Real property in Shoreline, WA (X) | | None | N | Q | | | | | |
| 77. Chase bank account for estate ▓▓▓ #1 | | None | J | T | Open | 05/23/12 | J | | |
| 78. Edward Jones IRA (X) | A | Dividend | | | Sold | 06/22/12 | K | | |
| 79. -- American Funds Short-Term Bond Fund of America-A | A | Dividend | | | Sold | 06/22/12 | J | | |
| 80. -- American Funds American Mutual Fund-A | A | Dividend | | | Sold | 06/22/12 | J | | |
| 81. -- American Funds Capital World Growth and Income Fund-A | A | Dividend | | | Sold | 06/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 10/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, lines 48-53 -- these Putnam UGTMA accounts were inadvertently omitted from prior financial disclosure reports; they were established by a ▢▢▢ some time ago; although I knew the relative intended to establish some sort of education savings accounts, I did not know anything more about them; consequently, I did not think of them when completing prior financial disclosure reports; I only thought of them this year, after custodianship for the accounts was transferred from the ▢▢▢▢▢ and so we began receiving financial reports for the accounts.

2) Part VII, lines 54-73 -- these 529 accounts were inadvertently omitted from prior financial disclosure reports; they were established ▢▢▢▢ some time ago; as with the Putnam accounts, I knew these relatives had established some sort of education savings accounts, but again did not know anything about them and did not think of them when completing prior financial disclosure reports; as a result of learning of the Putnam accounts, this year I thought to inquire of my ▢▢▢ about what accounts they had set up.

3) Part VII, line 75 -- I inherited an interest in this real property in 2012 as a result of the death of a relative (part of estate ▢▢▢ #1); this was appraised on 10/23/2012, and the value shown is my interest of the whole.

4) Part VII, line 76 -- I inherited an interest in this real property in 2012 as a result of the death of a relative (part of estate ▢▢▢ #1); this was appraised on 04/23/2013, retrospectively as of 04/26/2012, and the value shown is my interest of the whole.

5) Part VII, lines 78-81 -- I acquired a beneficiary interest in a ▢▢▢ Edward Jones IRA at the time of the ▢▢▢ death in 2012.

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 10/09/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sheri Pym**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544